UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>MANUEL DELGADO,<br><br>   Defendant. | 2:21-po-00527-JDP<br><br>[Proposed] ORDER TO DISMISS AND VACATE INITIAL APPEARANCE<br><br>DATE: January 11, 2022<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Jeremy D. Peterson |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss the violation notice in Case Number 2:21-po-00527-JDP is GRANTED.

It is further ordered that the initial appearance scheduled on January 11, 2022, at 9:00 a.m. is vacated.

IT IS SO ORDERED.

Dated: __January 11____, 2022

            _____
            HON. JEREMY D. PETERSON
            United States Magistrate Judge

ORDER TO DISMISS AND
VACATE INITIAL APPEARANCE     1     U.S. v. MANUEL DELGADO