UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL DELGADO,<br><br>Defendant. | No. 2:21-po-00527-JDP<br><br>REFUND ORDER |

On January 11, 2022, the government moved to dismiss the citation CA18/9475809 without prejudice and this motion was granted by the court. For reasons unknown by the court, on January 13, 202, the defendant paid $530.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $530.00 due to overpayment.

IT IS SO ORDERED.

Dated: January 19, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1